DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE D. MACK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2872

[November 16, 2017]

Appeal of order denying rule 3.853 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2012-CF-013273-AXXX-WB.

Andre D. Mack, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***